August 26, 2011

Mr. David S. Morales
Office of the Attorney General of Texas
Deputy First Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
Mr. Kevin F. Lungwitz
Lungwitz & Lungwitz, P.C.
3005 S. Lamar Blvd., Suite D-109-362
Austin, TX 78704-4785

RE: Case Number: 09-0999
 Court of Appeals Number: 13-07-00744-CV
 Trial Court Number: 05-193-D

Style: TEXAS A&M UNIVERSITY - KINGSVILLE
 v.
 MELODY YARBROUGH

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Martha I. |
| |Soliz |